**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**CASE NUMBER: 01-1123 JRT/FLN**

**MDL 1396**

**IN RE:St. Jude Medical, Inc.,Silicone Heart Valves Products Liability Litigation**

**MEAUX, ET AL**

**VS.**

**ST. JUDE MEDICAL**
**************************************************************************

**MOTION AND ORDER TO WITHDRAW AND ENROLL**

On motion of Curtis Hollinger, who states that he is no longer associated witl the Glenn Armentor Law Corporation and thus formally wishes to withdraw as plaintiff's counse of record, substituting Debra Scadden, as plaintiff's counsel of record.

**IT IS ORDERED** by the Court that Curtis Hollinger be allowed to withdraw as counsel for plaintiff and that Debra Scadden be allowed to enroll as counsel for plaintiff in the above entitled matter.

Thus done and signed at ~~Lafayette, Louisiana~~ Minneapolis, Minnesota this 6th day of June, 2002.

DISTRICT JUDGE

THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(318) 233-1471
1-800-960-5551

FILED
RICHARD D. SLE TEN, CLERK
JUDGMENT ENT
DEPUTY CLERK

Respectfully submitted:

**THE GLENN ARMENTOR LAW CORPORATION**

By: ____________________
DEBRA SCADDEN (#23560)
300 Stewart Street
Lafayette, Louisiana 70501
(337) 233-1471

Attorneys for Plaintiff

By: ____________________
CURTIS L. HOLLINGER (#24126)
2014 Pinhook Tower, Suite 503
Lafayette, Louisiana 70508
337-291-1875

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to all known counsel of record by depositing same in the U.S. mail, postage prepaid and properly addressed.

Lafayette, Louisiana this 9th day of May, 2002.

____________________
DEBRA J. SCADDEN

THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(318) 233-1471
1-800-960-5551