IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>ST. JUDE MEDICAL, INC.<br>SILZONE HEART VALVE PRODUCTS<br>LIABILITY LITIGATION<br><br>This pleading relates to:<br><br>John Dave Meaux and Loyce Meaux<br>Case No. 0:01-cv-01123-JRT | MDL. No. 1396<br>(Civil No. 0:01-cv-01123-JRT)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs John Dave Meaux and Loyce Meaux ("Plaintiffs"), and Defendant St. Jude Medical, Inc., by and through their respective counsel, hereby agree and stipulate that all of Plaintiffs' claims against Defendant St. Jude Medical, Inc. are dismissed *with prejudice*. The parties' stipulation is made pursuant to Rule 41(a)(1)(A)(ii). Each party bears its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

| | |
|---|---|
| By: ______________________ | By: ______________________ |
| James T. Capretz<br>Capretz & Associates<br>5000 Birch St Ste 2500<br>Newport Beach, CA 92660<br>Telephone: 949.724.3000<br>Facsimile: 949.757.2635<br>Attorney for Plaintiffs John Dave Meaux and Loyce Meaux | Steven M. Kohn<br>Reed Smith LLP<br>1999 Harrison Street<br>Oakland, CA 94612<br>Telephone: 510.466.6727<br>Facsimile: 510.273.8832<br>Attorney for Defendant St. Jude Medical, Inc. |