IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>ST. JUDE MEDICAL, INC.<br>SILZONE HEART VALVE PRODUCTS<br>LIABILITY LITIGATION<br><br>This pleading relates to:<br><br>John Dave Meaux and Loyce Meaux<br>Case No. 0:01-cv-01123-JRT | MDL. No. 1396<br>(0:02-cv-00446-JRT)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 17, 2008, I caused the following documents:

1. Stipulation for Dismissal with Prejudice
2. Proposed Order

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **James T Capretz**
  jcapretz@capretz.com,jtc@capretz.com
- **Terry Christovich Gay**
  tcgay@christovich.com
- **Janet H Kwuon**
  jkwuon@reedsmith.com

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Glenn John Armentor
Armentor Law Corp
300 Stewart St
Lafayette, LA 70501

Tony Jensen
Capretz & Assoc
5000 Birch St Ste 2500
Newport Beach, CA 92660

Debra Scadden
Armentor Law Corp
300 Stewart St
Lafayette, LA 70501

Janet L White
Christovich & Kearney
601 Poydras St Ste 2300
New Orleans, LA 70130-6078

DATED: March 17, 2008

HALLELAND LEWIS NILAN & JOHNSON, PA

s/Tracy J. Van Steenburgh
Tracy J. Van Steenburgh, Reg. No. 141173
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4501
(612) 338-1838

Attorneys for Defendant
St. Jude Medical, Inc.